United States District Court
Southern District of Texas
**ENTERED**
July 23, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| COREY BAILEY JR, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-133 |
| | § | |
| APACHE SHELF, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF PARTIAL DISMISSAL

The plaintiff and one of the defendants have filed a joint stipulation to dismiss that defendant from the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Pursuant to that stipulation, all claims brought by the plaintiff against Defendant Apache Shelf, Inc. are **DISMISSED WITHOUT PREJUDICE**; and Defendant Apache Shelf, Inc. is **TERMINATED** from this lawsuit. Each party shall bear its own fees and costs.

SIGNED at Galveston, Texas, this 23rd day of July, 2019.

_____
George C. Hanks Jr.
United States District Judge